**Order entered October 24, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-22-00859-CV

---

### DELORIS PHILLIPS, Appellant

### V.

### TEXAS DEPARTMENT OF INSURANCE DIVISION OF WORKERS COMPENSATION, ET AL, Appellees

---

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06299**

---

### ORDER

Appellant has informed the Court she has removed this civil action to the United States District Court, Northern District of Texas Dallas Division. Pursuant to section 1446 of title 28 of the United States Code, further action in this cause is automatically suspended. *See* 28 U.S.C.A. § 1446(d). For administrative purposes, this cause is **ABATED**. It will be reinstated upon receipt of a certified copy of an order of remand. *See id.* § 1447(c); *Gonzalez v. Guilbot*, 315 S.W.3d 533, 537-38 (Tex. 2010).

/s/    BONNIE LEE GOLDSTEIN
JUSTICE